AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VINCENT WILLIAMS, a/k/a Grumpy | ) | Case No. 2:18-00110 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

*2018 MAY 24 PM 3 01*
*U.S. MARSHAL*
*CHARLESTON, WV*
*RECEIVED*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    VINCENT WILLIAMS    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribution of methamphetamine; possession with intent to distribute methamphetamine.

Date: 05/24/2018

*Issuing officer's signature*

City and state:  CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)*  _____ . |
| |
| Date: _____ |
| *Arresting officer's signature* |
| |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>VINCENT WILLIAMS, a/k/a Grumpy<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:18-00110 |

**SEALED**

2018 MAY 24 PM 3 01
U.S. MARSHAL
CHARLESTON, WV
RECEIVED

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      VINCENT WILLIAMS                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Distribution of methamphetamine; possession with intent to distribute methamphetamine.

Date:     05/24/2018

*Issuing officer's signature*

City and state:     CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
MAY 22, 2018 SESSION



FILED
MAY 24 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:18-00110
       21 U.S.C. § 841(a)(1)

VINCENT WILLIAMS,
  also known as "Grumpy"

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 15, 2017, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant VINCENT WILLIAMS, also known as "Grumpy," knowingly and intentionally distributed five grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 18, 2017, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant VINCENT WILLIAMS, also known as "Grumpy," knowingly and intentionally distributed five grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

On or about September 19, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant VINCENT WILLIAMS, also known as "Grumpy," knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                          MICHAEL B. STUART
                          United States Attorney

By: _____
     JOHN J. FRAIL
     Assistant United States Attorney