# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** May 3, 2021

**HON. MATTHEW J. SKAHILL, U.S.M.J.**

**COURT REPORTER:** ZOOM

**OTHER:**
Nailah Green, U.S. Pretrial Services

**TITLE OF CASE:**  **DOCKET NO.  21-MJ-4000(MJS)**
UNITED STATES OF AMERICA
 v.
VINCENT WILLIAMS

**DEFENDANT PRESENT**

**APPEARANCES:**
Alisa Shver, AUSA for Government
Maggie Moy, AFPD for Defendant

**NATURE OF PROCEEDINGS:**    Rule 5 - Initial Appearance
All parties consent to proceeding by videoconference.
Defendant advised of rights, including Padilla, charges and penalties.
Hearing on defendant's application for the appointment of counsel.
Financial affidavit executed on the record.
Ordered application granted.  M. Moy, AFPD appointed as counsel for defendant.
Defendant waives formal reading of the charging documents.
Hearing on government's application for detention.
Hearing on defendant's application for continuance of detention hearing.
Ordered application granted.  Detention hearing to be scheduled.
Order Scheduling Detention Hearing to be entered.
Order as Required by Rule 5(f) to be entered.
Ordered Defendant remanded to the custody of the U.S. Marshal Service pending further Order of the Court.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 5:20 p.m.
**TIME ADJOURNED:**  5:35p.m.
**TOTAL TIME:** 15 minutes