# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE MATTHEW J SKAHILL

**CAMDEN**                                      May 7, 2021

**Court Reporter:** ZOOM

**Title of Case:**

Case No. 21mj4000 (MJS)

UNITED STATES OF AMERICA

    V.

VINCENT WILLIAMS
    **DEFENDANT PRESENT**

**Appearances:**
Alisa Shver, AUSA for Government
Maggie Moy, AFPD for defendant
Nailah Green, U.S. Pretrial Services

**Nature of Proceedings:** Continuation of Detention Hearing
Defendant consents to proceed by way of video conferencing
Order Regarding the use of Video Conferencing/Teleconferencing to be entered
Defendant advised of rights
Hearing on application by defendant for release on bail
Julena Williams sworn for defendant
Hearing on application by Government for detention
Oral Opinion read into the record
Ordered defendant's application denied
Ordered Government's application granted
Order of Commitment to Another District to be entered.
Ordered defendant remanded to the custody of the U.S. Marshal for transportation to the Southern District of West Virginia.

                                                            s/Susan Bush
                                                            Deputy Clerk

Time Commenced: 1:14 p.m. Time Adjourned: 1:20 p.m.
Time Commenced: 1:23 pm.  Time Adjourned: 1:50 p.m.
Time Commended: 1:57 p.m. Time Adjourned: 2:06 p.m.
Total Time in Court: 42 mins.